United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Christopher D Cimonetti  
Natalie E Cimonetti  
    Debtors

Case No. 19-15934-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Mar 30, 2020  
                       Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2020.
14433702       JPMorgan Chase Bank, N.A.,    Chase Records Center,    ATTN: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane, Monroe, LA 71203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2020 at the address(es) listed below:
      KEVIN S. FRANKEL     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pa-bk@logs.com  
      MARK M. MEDVESKY    on behalf of Joint Debtor Natalie E Cimonetti mark@medveskylaw.com, dmedvesky@whhslaw.com;medveskyecf@gmail.com;r44863@notify.bestcase.com  
      MARK M. MEDVESKY    on behalf of Debtor Christopher D Cimonetti mark@medveskylaw.com, dmedvesky@whhslaw.com;medveskyecf@gmail.com;r44863@notify.bestcase.com  
      REBECCA ANN SOLARZ    on behalf of Creditor    Carrington Mortgages Services, LLC bkgroup@kmllawgroup.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                TOTAL: 6

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-15934-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Christopher D Cimonetti
162 W. Broad Street
Telford PA 18969

Natalie E Cimonetti
162 W. Broad Street
Telford PA 18969

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/27/2020.

Name and Address of Alleged Transferor(s):

Claim No. 33: JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203

Name and Address of Transferee:

Carrington Mortgage Services, LLC
P.O. BOX 3730
Anaheim, CA 92806

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/01/20

Tim McGrath
**CLERK OF THE COURT**