Certificate Number: 16339-PAE-DE-033698062

Bankruptcy Case Number: 19-15934



16339-PAE-DE-033698062

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 14, 2019</u>, at <u>1:40</u> o'clock <u>PM EST</u>, <u>Natalie E Cimonetti</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>November 14, 2019</u>         By:  <u>/s/Kelley Tipton</u>

                                       Name:  <u>Kelley Tipton</u>

                                       Title:  <u>Certified Financial Counselor</u>