United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15934-elf |
| Christopher D Cimonetti | Chapter 13 |
| Natalie E Cimonetti | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 08, 2022 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14430592 | + Email/PDF: gecsedi@recoverycorp.com | Nov 08 2022 23:45:52 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2022                              Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Carrington Mortgages Services LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN S. FRANKEL | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pa-bk@logs.com |
| MARK M. MEDVESKY | on behalf of Joint Debtor Natalie E Cimonetti mark@medveskylaw.com dmedvesky@whhslaw.com;medveskyecf@gmail.com;r44863@notify.bestcase.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 08, 2022 | Form ID: trc | Total Noticed: 1 |

MARK M. MEDVESKY
    on behalf of Debtor Christopher D Cimonetti mark@medveskylaw.com
    dmedvesky@whhslaw.com;medveskyecf@gmail.com;r44863@notify.bestcase.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-15934-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Christopher D Cimonetti
162 W. Broad Street
Telford PA 18969

Natalie E Cimonetti
162 W. Broad Street
Telford PA 18969

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/07/2022.

Name and Address of Alleged Transferor(s):

Claim No. 25: Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/10/22

Tim McGrath
**CLERK OF THE COURT**