United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15934-elf |
| Christopher D Cimonetti | Chapter 13 |
| Natalie E Cimonetti | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Dec 07, 2022 | Form ID: 138OBJ | Total Noticed: 70 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher D Cimonetti, Natalie E Cimonetti, 162 W. Broad Street, Telford, PA 18969-1917 |
| 14393068 | | Arrow Tree Service, PO Box 249, Tylersport, PA 18971-0249 |
| 14484523 | + | Carrington Mortgages Services, LLC, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14393098 | | Grandview Medical Practices, PO Box 1111, Harleysville, PA 19438-0907 |
| 14393099 | | Grandview Urgent Care, PO Box 829616, Philadelphia, PA 19182-6961 |
| 14431879 | + | HSBC Bank USA, N.A., 2929 Walden Ave C17, Attn: Business Services, Depew, NY 14043-2690 |
| 14399842 | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, c/o KEVIN S. FRANKEL, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14405883 | | Moyer and Son,Inc., Attn:Darlene O'Kane-Credit, PO BOX 64198, Souderton PA 18964-0198 |
| 14393105 | + | Moyers Indoor/Outdoor, PO Box 64198, Souderton, PA 18964-0198 |
| 14393118 | + | Systems & Services Technologies/Best Egg, Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 14393120 | + | Weaver, Reckner & Reinhart Associates, 181 Main Street, Harleysville, PA 19438-2514 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 08 2022 00:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 08 2022 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14405512 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Dec 08 2022 00:32:00 | Nelnet obo Ascendium Education Solutions, Ascendium Education Solutions, PO Box 8961, Madison WI 53708-8961 |
| 14393066 | + | Email/Text: backoffice@affirm.com | Dec 08 2022 00:32:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 14393067 | + | Email/Text: bncnotifications@pheaa.org | Dec 08 2022 00:32:00 | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14393069 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 08 2022 00:32:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14393070 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 08 2022 00:33:30 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14393074 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 08 2022 00:33:40 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14398700 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 08 2022 00:33:40 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. |

Case 19-15934-elf   Doc 66   Filed 12/09/22   Entered 12/10/22 00:33:21   Desc Imaged
Certificate of Notice   Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 07, 2022 | Form ID: 138OBJ | Total Noticed: 70 |

| Recipient ID | Flag | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Dept. APS, Oklahoma City, OK 73118-7901 |
| 14407336 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 08 2022 00:33:40 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14397105 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 08 2022 00:33:45 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14419710 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 08 2022 00:33:31 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14417721 | | Email/PDF: bncnotices@becket-lee.com | Dec 08 2022 00:33:32 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14489191 | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 08 2022 00:32:00 | Carrington Mortgage Services, LLC, P.O. BOX 3730, Anaheim, CA 92803-3730 |
| 14484204 | ^ | MEBN | Dec 08 2022 00:43:24 | Carrington Mortgages Services, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14393075 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 08 2022 00:33:52 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14393077 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 08 2022 00:33:44 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14432122 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 08 2022 00:33:36 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14393079 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 08 2022 00:33:52 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14393080 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 08 2022 00:33:51 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14393081 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 08 2022 00:32:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14393082 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 08 2022 00:32:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14393083 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 08 2022 00:32:00 | Comenity Bkl/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14393084 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 08 2022 00:33:31 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14393097 | | Email/Text: mrdiscen@discover.com | Dec 08 2022 00:32:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14393086 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 08 2022 00:32:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14393096 | + | Email/PDF: pa_dc_ed@navient.com | Dec 08 2022 00:33:30 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14399732 | | Email/Text: mrdiscen@discover.com | Dec 08 2022 00:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14393100 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Dec 08 2022 00:31:00 | Hsbc Bank, Hsbc Card Srvs/Attn: Bankruptcy, Po Box2013, Buffalo, NY 14240-2013 |
| 14642000 | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 08 2022 00:32:00 | J.P Morgan Mortgage Acquisition CO, 1600 S. Douglass RD, Anaheim, CA 92806-5948 |
| 14428894 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 08 2022 00:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14393076 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 08 2022 00:33:30 | Chase, PO Box 78420, Phoenix, AZ 85062-8420 |
| 14433702 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 08 2022 00:33:30 | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code |

Case 19-15934-elf    Doc 66    Filed 12/09/22    Entered 12/10/22 00:33:21    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 07, 2022 | Form ID: 138OBJ | Total Noticed: 70 |

| | | | |
|---|---|---|---|
| 14393101 | + Email/Text: PBNCNotifications@peritusservices.com | | LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| | | Dec 08 2022 00:32:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14401186 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2022 00:33:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14393102 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2022 00:33:32 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14404671 | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 08 2022 00:55:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14393104 | Email/Text: ml-ebn@missionlane.com | Dec 08 2022 00:32:00 | Mission Lane/tab Bank, 101 2nd St Ste 350, San Francisco, CA 94105 |
| 14393103 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 08 2022 00:33:34 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14421056 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 08 2022 00:32:00 | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 14393106 | + Email/Text: electronicbkydocs@nelnet.net | Dec 08 2022 00:32:00 | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14393108 | + Email/Text: electronicbkydocs@nelnet.net | Dec 08 2022 00:32:00 | Nelnet - Student Loan Servicer, PO Box 82561, Lincoln, NE 68501-2561 |
| 14393109 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 08 2022 00:33:48 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14431014 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 08 2022 00:33:48 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14428717 | Email/Text: bnc-quantum@quantum3group.com | Dec 08 2022 00:32:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14428718 | Email/Text: bnc-quantum@quantum3group.com | Dec 08 2022 00:32:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14393110 | Email/PDF: gecsedi@recoverycorp.com | Dec 08 2022 00:33:48 | SYNCB/Paypal, PO Box 960006, Orlando, FL 32896-5009 |
| 14430592 | + Email/PDF: gecsedi@recoverycorp.com | Dec 08 2022 00:33:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14393111 | + Email/PDF: gecsedi@recoverycorp.com | Dec 08 2022 00:33:41 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14393113 | + Email/PDF: gecsedi@recoverycorp.com | Dec 08 2022 00:33:32 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14393114 | + Email/PDF: gecsedi@recoverycorp.com | Dec 08 2022 00:33:40 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14393115 | + Email/PDF: gecsedi@recoverycorp.com | Dec 08 2022 00:33:31 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14393116 | + Email/PDF: gecsedi@recoverycorp.com | Dec 08 2022 00:33:32 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14433779 | + Email/Text: bncmail@w-legal.com | Dec 08 2022 00:32:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14393119 | + Email/Text: bncmail@w-legal.com | Dec 08 2022 00:32:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14407257 | + Email/Text: electronicbkydocs@nelnet.net | Dec 08 2022 00:32:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 07, 2022 | Form ID: 138OBJ | Total Noticed: 70 |

| | | | | |
|---|---|---|---|---|
| 14429883 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 08 2022 00:33:31 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14393121 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 08 2022 00:33:48 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14427320 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 08 2022 00:33:31 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 59

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14393071 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14393072 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14393073 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14393078 | *+ | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14393085 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14393087 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14393088 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14393089 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14393090 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14393091 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14393092 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14393093 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14393094 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14393095 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14393107 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14733892 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14393112 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14393117 | *+ | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Dec 09, 2022 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Carrington Mortgages Services LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Dec 07, 2022 | Form ID: 138OBJ | Total Noticed: 70 |

ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN S. FRANKEL
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pa-bk@logs.com

MARK M. MEDVESKY
    on behalf of Joint Debtor Natalie E Cimonetti mark@medveskylaw.com
    dmedvesky@whhslaw.com;medveskyecf@gmail.com;r44863@notify.bestcase.com

MARK M. MEDVESKY
    on behalf of Debtor Christopher D Cimonetti mark@medveskylaw.com
    dmedvesky@whhslaw.com;medveskyecf@gmail.com;r44863@notify.bestcase.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Christopher D Cimonetti and Natalie E Cimonetti

    Debtor(s)

Case No: 19−15934−elf

Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/7/22

65 − 64
Form 138OBJ